UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>SIERRA COUNTY, et al.,<br><br>    Defendants. | Case No.  14-cv-01952-VC<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Jane Doe brings this action pursuant to 42 U.S.C. § 1983 against Defendants Sierra County, Sierra County Child Protective Services, Janice Maddox, and Leslie Rogers. Pursuant to 28 U.S.C. § 1391(b), venue is proper in "a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located," or "in which a substantial part of the events or omissions giving rise to the claim occurred."  According to the complaint, the defendants are all residents of Sierra County and the alleged events occurred in Sierra County.  However, Sierra County is not in the Northern District of California; it is in the Eastern District.

By no later than **June 2, 2014**, the plaintiff is directed to file a brief, not to exceed 3 pages, addressing whether venue is proper in this Court, or the case will be dismissed without prejudice. The defendants will have seven days to respond, or on or before **June 9, 2014.**

**IT IS SO ORDERED.**

Dated: May 23, 2014

VINCE CHHABRIA  
United States District Judge