1  **WILLIAMS & ASSOCIATES**
   1250 Sutterville Road, Ste. 290
2  Sacramento, CA  95822
   (916) 456-1122
3  (916) 737-1126 (fax)

4  Kathleen J. Williams, CSB #127021

5  Attorneys for defendants
   SIERRA COUNTY, MADDOX and
6  ROGERS

7                    **UNITED STATES DISTRICT COURT**

8                    **EASTERN DISTRICT OF CALIFORNIA**

9

10 JANE DOE, a MINOR, by and through        **CASE NO:** 2:14-cv-01552-MCE-CKD
   her Legal Guardian, LATISHA
11 HURTADO,

12              Plaintiff,                   **ORDER REGARDING REFERRAL TO
                                             VOLUNTARY DISPUTE
13         v.                                RESOLUTION PROGRAM (VDRP)**

14 SIERRA COUNTY, a public entity,
   SIERRA COUNTY DEPARTMENT OF
15 HEALTH AND HUMAN SERVICES,
   SIERRA COUNTY BOARD OF
16 SUPERVISORS, SIERRA COUNTY
   CHILD PROTECTIVE SERVICES,
17 JANICE MADDOX, in her individual
   capacity and LESLIE ROGERS in her
18 individual capacity, and DOES 1-50,
   inclusive,
19
                Defendants.
20
   SIERRA COUNTY, a public entity,
21 JANICE MADDOX, in her individual
   capacity and ROES 1-20, inclusive,
22
                Counter-Claimants,
23
   vs.
24
   LATISHA HURTADO, Legal Guardian
25 of plaintiff JANE DOE, a MINOR,

26              Counter-Defendant.

27

28
                                    1

1    It is hereby ordered that, pursuant to the parties' stipulation, this case is ordered

2  to the Court's Voluntary Dispute Resolution Program (VDRP). Attorney John Lavra is

3  hereby appointed to act as the mediator.

4    IT IS SO ORDERED.

5

6  DATED:  December 24, 2014

7

8  _____

9  MORRISON C. ENGLAND, JR, CHIEF JUDGE
   UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28