ISRAEL G. RAMIREZ, SBN# 176366
RAMIREZ & ASSOCIATES
770 L Street, Suite 770
Sacramento, California 95814
Telephone: (916) 917-7238

Attorney for Plaintiff:  JANE DOE
israelgramirez@sbcglobal.net

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, a MINOR, by and through her Legal Guardian, LATISHA HURTADO,<br>　　　　　Plaintiff,<br>　vs.<br>SIERRA COUNTY, a public entity, SIERRA COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, SIERRA COUNTY BOARD OF SUPERVISORS, SIERRA COUNTY CHILD PROTECTIVE SERVICES, JANICE MADDOX, in her individual capacity and LESLIE ROGERS in her individual capacity and DOES 1 - 50, inclusive,<br><br>**Defendants.** | Case No. 2:14-CV-01552-MCE-CKD<br><br>**PETITION FOR ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

1  Petitioner JANE DOE states as follows:

2      1. Petitioner JANE DOE is a minor and is 12 years old.

3      2. Petitioner commenced an action in this court against SIERRA COUNTY, a public
4  entity, SIERRA COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, SIERRA
5  COUNTY BOARD OF SUPERVISORS, SIERRA COUNTY CHILD PROTECTIVE SERVICES,
6  JANICE MADDOX, in her individual capacity, and LESLIE ROGERS for personal injuries sustained
7  while in the foster care system.

8      3. No previous petition for appointment of a guardian ad litem has been filed in this matter.

9      4. LATISHA HURTADO, whose address is 9582 Canyon Meadows Dr., Reno, Nevada 89506
10 is a competent and responsible person, and fully competent to act as our guardian ad litem. LATISHA
11 HURADO is the Mother of petitioner.

12     5. Said LATISHA HURTADO is willing to act as guardian ad litem for petitioner, as appears
13 by her consent below.

14     WHEREFORE, petitioners move this court for an order appointing LATISHA HURTADO as
15 guardian ad litem of petitioner for the purpose of bringing this action against SIERRA COUNTY et al
16 on the claim herein above stated.

17 Dated:  MAY 14, 2015                    **RAMIREZ & ASSOCIATES**

18                                                       /S/

19                                     By:  _____

20                                 **Israel G. Ramirez, Esq.**

21                                 *Attorney for Plaintiff JANE DOE*

22                               **CONSENT OF NOMINEE**

23     I, LATISHA HURTADO, the nominee of the petitioner, consent to act as guardian
24 ad litem for the minor petitioner in the above action.

25 DATED: April 28, 2015

26                               By: (SEE SIGNATURE ON PDF COPY)

27                                 LATISHA HURTADO

28

1
2                                                      **ORDER**
3
4        The petition for an order appointing LATISHA HURTADO as guardian ad litem for
5    Petitioner JANE DOE is GRANTED.
6        IT IS SO ORDERED.
7    Dated:  May 26, 2015
8
9                                       _____
                                        MORRISON C. ENGLAND, JR., CHIEF JUDGE
10                                      UNITED STATES DISTRICT COURT