1  **WILLIAMS & ASSOCIATES**
   1250 Sutterville Road, Ste. 290
2  Sacramento, CA  95822
   (916) 456-1122
3  (916) 737-1126 (fax)

4  Kathleen J. Williams, CSB #127021

5  Attorneys for defendants
   SIERRA COUNTY, MADDOX
6  and ROGERS

7              UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9

10 | JANE DOE, a MINOR, by and through | CASE NO: 2:14-cv-01552-MCE-CKD
   | her Legal Guardian, LATISHA
11 | HURTADO,

12 |         Plaintiff,

13 |     v.                                  | **STIPULATION AND ORDER FOR**
                                              | **DISMISSAL OF CASE WITH PREJUDICE**
14 | SIERRA COUNTY, a public entity,
   | SIERRA COUNTY DEPARTMENT OF
15 | HEALTH AND HUMAN SERVICES,
   | SIERRA COUNTY BOARD OF
16 | SUPERVISORS, SIERRA COUNTY
   | CHILD PROTECTIVE SERVICES,
17 | JANICE MADDOX, in her individual
   | capacity and LESLIE ROGERS in her
18 | individual capacity, and DOES 1-50,
   | inclusive,
19
20 |         Defendants.

21 | _____

22 | SIERRA COUNTY, a public entity,
   | JANICE MADDOX, in her individual
23 | capacity and ROES 1-20, inclusive,

24 |         Counter-Claimants,

25 | vs.

26 | LATISHA HURTADO, Legal Guardian
   | of plaintiff JANE DOE, a MINOR,
27
   |         Counter-Defendant,
28

1

Plaintiffs JANE DOE, a minor, and LATISHA HURTADO, her legal guardian, and defendants SIERRA COUNTY, MADDOX and ROGERS, by and through their attorneys of record, stipulate to the dismissal of this case in its entirely, with prejudice and with each side to bear its own costs and attorneys fees.

Dated: 11/13/2015                           WILLIAMS & ASSOCIATES

By: /s/ Kathleen J. Williams
KATHLEEN J. WILLIAMS, CSB 127021
Attorneys for defendants
SIERRA COUNTY, MADDOX and ROGERS

Dated: 11/13/2015                           RAMIREZ & ASSOCIATES

By: /s/ "Israel Ramirez" (signed with permission)
ISRAEL RAMIREZ, CSB 176366
Attorneys for plaintiffs JANE DOE, a minor, and LATISHA HURTADO

## ORDER

Pursuant to the parties' stipulation, this action is DISMISSED WITH PREJUDICE in its entirety.

IT IS SO ORDERED.

Dated: November 16, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT